IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cr-04061-BCW-1 |
| | ) | |
| DILLION MATTHEW NAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #31) denying Defendant's Motion to Suppress Physical Evidence and Statements (Doc. #19). No objections have been filed by Defendant to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED, for the reasons stated in the Report and Recommendation (Doc. #31), Defendant's Motion to Suppress Physical Evidence and Statements (Doc. #19) is DENIED. It is further

ORDERED that Magistrate Judge Whitworth's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: February 7, 2017          /s/ Brian C. Wimes
                                                          JUDGE BRIAN C. WIMES
                                                          UNITED STATES DISTRICT COURT

1